IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Richard Gerald,<br><br>       Plaintiff,<br><br>   Versus<br><br>Charleston County Sheriff Office, Sheriff Kristian Graziano, and Deputy Austin T. Rissanen<br><br>       Defendants. | )  C/A No. 2:22-cv-01517-BHH-MHC<br>)<br>)<br>)<br>)  **NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

  The Defendants, Charleston County Sheriff Office, Sheriff Kristian Graziano, and Deputy Austin T. Rissanen, hereby notify the Court that the above-caption has settled and can be removed from the roster. A formal Stipulation of Dismissal will be filed with the Court as soon as settlement documents are completed.

                 **BUYCK LAW FIRM, LLC**
                 P.O. Box 2424
                 Mt. Pleasant, SC  29465-2424
                 Telephone: (843) 377-1400
                 Facsimile: (843) 284-8105
                 Email: jeffrey@buyckfirm.com

                 *s/ Jeffrey H. Lappin*
                 _____
                 Hugh W. Buyck (Fed ID # 6099)
                 Jeffrey H. Lappin (Fed ID # 13568)

                 Attorneys for Defendants

November 21_____, 2023
Mt. Pleasant, South Carolina