IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RICHARD GERALD, | ) C/A No.: 2:22 -cv-01517-BHH-MHC |
| PLAINTIFF, | ) |
| vs | ) **STIPULATION OF DISMISSAL** |
| CHARLESTON COUNTY SHERIFF OFFICE, SHERIFF KRISTIN GRAZIANO, AND DEPUTY AUSTIN T. RISSANEN | ) **(with prejudice)** |
| DEFENDANTS. | ) |

The Plaintiff, Richard Gerald, by and through her undersigned attorney, herein dismisses the above-referenced action against Defendants Sheriff Kristin Graziano, and Deputy Austin. T. Rissanen, with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**WE SO STIPULATE:**

*s/ Ravi Sanyal*_____
Ravi Sanyal, Esquire
Attorney for Plaintiff
Sanyal Law Firm

778 St. Andrews Blvd
Charleston, SC 29407
(843) 641-0347
Email: ravi@sanyallaw.com

*s/Jeffrey H. Lappin*_____
Jeffrey H. Lappin
Attorney for Defendants Charleston County Sheriff Office, Sheriff Kristin Graziano, and Deputy Austin T. Rissanen

Buyck Law Firm, LLC
P.O. Box 2424
Mt. Pleasant, SC  29465-2424
(843) 377-1400
Email: jeffrey@buyckfirm.com