IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RICHARD GERALD, ) | C/A No.: 2:22 -cv-01517-BHH-MHC |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs ) | **STIPULATION OF DISMISSAL** |
| ) | |
| CHARLESTON COUNTY SHERIFF ) | **(with prejudice)** |
| OFFICE, SHERIFF KRISTIN GRAZIANO, ) | |
| AND DEPUTY AUSTIN T. RISSANEN ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

The Plaintiff, Richard Gerald, by and through her undersigned attorney, herein dismisses the above-referenced action against Defendant Charleston County Sheriff Office with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**WE SO STIPULATE:**

| | |
|---|---|
| _s/ Ravi Sanyal_____ | s/Jeffrey H. Lappin_____ |
| Ravi Sanyal, Esquire | Jeffrey H. Lappin |
| Attorney for Plaintiff | Attorney for Defendant Charleston |
| Sanyal Law Firm | County Sheriff Office |
| | |
| 778 St. Andrews Blvd | Buyck Law Firm, LLC |
| Charleston, SC 29407 | P.O. Box 2424 |
| (843) 641-0347 | Mt. Pleasant, SC 29465-2424 |
| Email: ravi@sanyallaw.com | (843) 377-1400 |
| | Email: jeffrey@buyckfirm.com |